# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-40430
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 15, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JUAN ANTONIO GONZALEZ,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:14-CR-959-1

Before JONES, SOUTHWICK, and COSTA, Circuit Judges.

PER CURIAM:*

Appealing the judgment in a criminal case, Juan Antonio Gonzalez raises an argument that he concedes is foreclosed by *United States v. Rodriguez*, 711 F.3d 541, 562 & n.28 (5th Cir. 2013) (en banc), which held that the generic, contemporary definition of "sexual abuse of a minor" does not include the asserted age-differential requirement. He also raises an argument that he concedes is foreclosed by *United States v. Elizondo-Hernandez*, 755

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-40430

F.3d 779, 781-82 (5th Cir. 2014), *cert. denied*, 135 S. Ct. 1011 (2015), which held that the Texas offense of indecency with a child by contact satisfied the generic definition of "sexual abuse of minor." The motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.